# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RENEE NEWCOMB | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff(s)   Case No:   0:18-cv-02717 | |
| v. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC. | |
| Defendant(s) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that Plaintiff Renee Newcomb had retained the Law Office of Christopher K. Johnston, LLC, dba Johnston Law Group to represent her in this case, for which representation was entered by attorney Joaquin A. Quero. Mr. Quero is no longer working at the Johnston Law Group, and therefore requests to withdraw from representing the Plaintiff. Attorney EdRaúl Colón from the Law Office of Christopher K. Johnston, LLC will now appear as substitute counsel for the Plaintiff in this case.

Dated: December 5, 2024

| | |
|---|---|
| s/EdRaúl Colón | s/Joaquin A. Quero |
| EDRAÚL COLÓN, ESQ. | JOAQUIN A. QUERO, ESQ. |
| USDC PR Bar Number: 308911 | **Gonzalez Olivieri, LLC.** |
| **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC dba Johnston Law Group** | 9920 Gulf Fwy, Suite 100 |
| | Houston, TX 77034 |
| 1413 Ave Ponce de León, | Tel: (713) 481-3040 |
| Ste. 400 PMB 5610 | Fax: (713) 588.8683 |
| San Juan, PR 00907 | Email: jquero@gonzalezolivierillc.com |
| Tel: (787) 417-9036 | |
| Fax: (415) 202-6264 | |
| Email: ed@masstortslaw.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                           */s/ EdRaúl Colón*
                                           EDRAÚL COLÓN, ESQ.